# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                  PLAINTIFF

v.                         NO. 4:13CR00231 BSM

BENJAMIN CADE VARDELL                                       DEFENDANT

## ORDER

Without objection from the Government, the Order establishing the conditions of pre-trial release for defendant Benjamin Cade Vardell is hereby modified in the following one respect: the electronic monitoring requirement is removed. Defendant will remain at the current facility under "home detention." All other conditions of pre-trial release shall remain as previously imposed.

IT IS SO ORDERED this ___16___ day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE